UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

SONAL BALDEVBHAI PATEL,                                    )
NITINKUMAR RAMABHAI PATEL,                                 )
VISHNUBHAI BHAYCHANDAS PATEL,                              )
NEETABEN VISHNUBHAI PATEL,                                 )
PRASHANT HASMUKHBHAI SUTHAR,                               )
NILAMBEN PRASHANT SUTHAR,                                  )
ARYAN PRASHANT SUTHAR,                                     )
SUNILKUMAR VINODBHAI PATEL,                                )
MINAXIBEN MAHENDRABHAI PATEL,                              )
KAMLESHKUMAR GANPATBHAI PATEL,                             )
YOGESHKUMAR JAYANTILAL PATEL,                              )
MANISHABEN RAMANBHAI PATEL,                                )
DIGANTKUMAR NITINKUMAR PATEL,                              )
HASUMATIBEN DIGANT PATEL,                                  )
SARASWATI PATEL,                                           )
SRI NAGA MANIKANTA KONDEPARTHI,                            )
                                       PLAINTIFFS           )
                                                           )
V.                                                         )
                                                           )
UR M. JADDOU, Director U.S. Citizenship and               )
Immigration Services, DANIEL M. RENAUD, Director          )
U.S. Citizenship & Immigration Services Vermont Service   )
Center, ALEJANDRO N. MAYORKAS, Secretary U.S.             )
Department of Homeland Security, MERRICK B.               )
GARLAND, United States Attorney General, U.S.             )
Department of Justice                                     )
                                       DEFENDANTS           )
                                                           )

COMPLAINT FOR MANDAMUS PURSUANT TO 28 U.S.C. §1361, DECLARATORY JUDGMENT, AND INJUNCTIVE RELIEF PURSUANT TO 5 U.S.C. §702 (ADMINISTRATIVE PROCEDURES ACT)

## INTRODUCTION

1. Plaintiffs, Sonal Baldevbhai Patel, Nitinkumar Ramabhai Patel, Vishnubhai Bhaychandas Patel, Neetaben Vishnubhai Patel, Prashant Hasmukhbhai Suthar, Nilamben Prashant Suthar, Aryan Prashant Suthar, Sunilkumar Vinodbhai Patel, Minaxiben Mahendrabhai Patel, Kamleshkumar Ganpatbhia Patel, Yogeshkumar Jayantilal Patel, Manishaben Ramanbhai Patel, Digantkumar Nitinkumar Patel, Hasumatiben Digant Patel, Saraswati Patel and Sri Naga Manikanta Kondeparthi  seek temporary, preliminary and permanent mandatory injunctive relief and a writ of mandamus to compel Defendants and those acting under them to perform their clear legal duty regarding their pending immigration applications.  This duty requires them to review the Plaintiff's pending U visa applications to determine if they are eligible for the issuance of a Bona Fide Determination notice which would then allow Plaintiffs to file an application for employment authorization.

2. Plaintiffs or their family members were all victims of serious crimes and cooperated with law enforcement agencies in the investigation and/or prosecution of those crimes.

3. Plaintiffs all submitted applications for a special non-immigrant status commonly called the "U Visa".

4. Plaintiffs have complied with all the statutory and regulatory requirements for this special nonimmigrant status.

5. Plaintiffs bring this action to obtain an order compelling the immigration agency, USCIS, to merely place their names on the U visa waiting list as required by the plain language of the regulations, and to issue associated work authorization documents pursuant to statute.

## SUBJECT MATTER JURISDICTION

6.  The court has subject matter jurisdiction pursuant to 28 U.S.C.§1361. The mandamus statute vests original jurisdiction in the federal courts. It provides that "[t]he district courts shall have original jurisdiction of any action in the nature of a mandamus." 28 U.S.C. §1361.

7.  The court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 (federal question). The stature provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This action arises under the Immigration and Nationality Act which is a law of the United States.

8.  The court has subject matter jurisdiction under 28 U.S.C. §1346(a)(2) (United States as a defendant.) This is a civil action against the officers and agencies of the United States, founded upon an Act of Congress and a regulation of an executive department.

9.  Jurisdiction lies to grant declaratory relief pursuant to 28 U.S.C, §§2201-2202 (Declaratory Judgment Act).

## VENUE

10. Pursuant to 28 U.S.C. § 1391(e), venue is proper in the District of Massachusetts because a majority of the plaintiffs reside in Massachusetts. The statute provides that in an action in which a defendant is an officer or employee of the United States, the action "may . . . be brought in any judicial district in which . . . the plaintiff resides if no real property is involved in the action." *Id.* There is no real property involved in this action.

## PARTIES

11. Plaintiff Sonal Baldevbhai Patel is a native and citizen of India. She was the victim of a

3

serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter "INA"), commonly called the U Visa program.

12. Plaintiff Nitinkumar Ramabhai Patel is a native and citizen of India. He is the husband of Plaintiff Sonal Baldevbhai Patel and through his wife, is derivatively eligible for nonimmigrant visa status under the U visa program. See INA § 101(a)(15)(U)(ii).

13. Plaintiff Vishnubhai Bhaychandas Patel is a native and citizen of India. He was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter "INA"), commonly called the U Visa program.

14. Plaintiff Neetaben Vishnubhai Patel is a native and citizen of India. She is the wife of Plaintiff Vishnubhai Bhaychandas Patel and through her husband, is derivatively eligible for nonimmigrant visa status under the U visa program. See INA § 101(a)(15)(U)(ii).

15. Plaintiff Prashant Hasmukhbhai Suthar is a native and citizen of India. He was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter "INA"), commonly called the U Visa program.

16. Plaintiff Nilamben Prashant Suthar is a native and citizen of India. She is the wife of Plaintiff Prashant Hasmukhbhai Suthar and through her husband, is derivatively eligible for nonimmigrant visa status under the U visa program. See INA § 101(a)(15)(U)(ii).

17. Plaintiff Aryan Prashant Suthar is a native and citizen of India. He is the minor child of Plaintiff Prashant Hasmukhbhai Suthar and through his father, is derivatively eligible for nonimmigrant visa status under the U visa program. See INA § 101(a)(15)(U)(ii).

18. Plaintiff Sunilkumar Vinodbhai Patel is a native and citizen of India. He was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter "INA"), commonly called the U Visa program.

19. Plaintiff Minaxiben Mahendrabhai Patel is a native and citizen of India. She is the wife of Plaintiff Sunilkumar Vinodbhai Patel and through her husband, is derivatively eligible for nonimmigrant visa status under the U visa program. See INA § 101(a)(15)(U)(ii).

20. Plaintiff Kamleshkumar Ganpathbai Patel is a native and citizen of India. He was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter "INA"), commonly called the U Visa program.

21. Plaintiff Yogeshkumar Jayantilal Patel is a native and citizen of India. He was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter "INA"), commonly called the U Visa program.

22. Plaintiff Manishaben Ramanbhai Patel is a native and citizen of India. She is the wife of Plaintiff Yogeshkumar Jayantilal Patel and through her husband, is derivatively eligible for nonimmigrant visa status under the U visa program. See INA § 101(a)(15)(U)(ii).

23. Plaintiff Digantkumar Nitinkumar Patel is a native and citizen of India. He was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter "INA"), commonly called the U Visa program.

24. Plaintiff Hasumatiben Digant Patel is a native and citizen of India. She is the wife of

5

Plaintiff Digantkumar Nitinkumar Patel and through her husband, is derivatively eligible for nonimmigrant visa status under the U visa program. See INA § 101(a)(15)(U)(ii).

25. Plaintiff Saraswati Patel is a native and citizen of India. She was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter INA), commonly called the U Visa program.

26. Plaintiff Sri Naga Manikata Kondeparthi is a native and citizen of India. He was the victim of a serious crime, fully cooperated with law enforcement and has sought nonimmigrant status under § 101(a)(15)(U)(i) of the Immigration and Nationality Act (hereinafter INA), commonly called the U Visa program.

27. Defendant Alejandro Mayorkas is the Secretary of Homeland Security and is the head of the U.S. Department of Homeland Security (DHS) and has ultimate responsibility for the administration and enforcement of the immigration laws. He is sued in his official capacity.

28. Defendant Merrick B. Garland is the Attorney General of the United States and the head of the U.S. Department of Justice (DOJ). He shares responsibility for the administration and enforcement of the immigration laws. He is sued in his official capacity.

29. Defendant Ur M. Jaddou is the Director of U.S. Citizenship and Immigration Services, a component of DHS. In that capacity, he has direct authority over all USCIS policies, procedures, and practices relating to the processing and adjudication of applications for U nonimmigrant status. He is sued in his official capacity.

30. Defendant Daniel Renaud is the Director of the USCIS Vermont Service Center in Essex Junction, Vermont. He exercises authority over USCIS activities related to U nonimmigrant applications. He is sued in his official capacity.

## LEGAL BACKGROUND

### The U Visa Program, INA § 101(a)(15)(U)

31. On October 28, 2000, Congress created the U Visa program. *See* Victims of Trafficking and Violence Prevention Act of 2000 (VTVPA), Pub. L. No. 106-386, Title V, § 1513, 114 Stat. 1464, 1533 (2000).

32. Concerned that "[i]mmigrant women and children are often targeted to be victims of crimes committed against them in the United States" and that "[a]ll women and children who are victims of these crimes committed against them in the United States must be able to report these crimes to law enforcement and fully participate in the investigation of the crimes[,]" Congress acted to establish the U Visa program in order to "strengthen the ability of law enforcement agencies to detect, investigate, and prosecute" certain serious crimes "while offering protection to victims of such offenses in keeping with the humanitarian interests of the United States." *See* VTVPA § 1513(a), 114 Stat. 1533.

33. The U Visa program creates a mechanism for noncitizen victims of serious crime to safely engage law enforcement and, likewise, for law enforcement to engage immigrant communities to deter, prevent, and prosecute criminal activity for the betterment of the United States.

34. The U Visa was created to strengthen the ability of law enforcement agencies to investigate and prosecute serious crimes and trafficking in persons, while offering protections to victims of such crimes without the immediate risk of being removed from the country. By providing victims of crime with an avenue for regularization of their immigrant status, the U Visa encourages victims to work and cooperate with law enforcement agencies. Congress also aimed to strengthen relations between law enforcement and immigrant communities

7

by increasing cooperation and removing some of the fear of deportation held by many undocumented migrants. *See, e.g.*, *U and T Visa Law Enforcement Resource Guide*, DEPARTMENT OF HOMELAND SECURITY (January 4, 2016) https://www.dhs.gov/sites/default/files/publications/U-and-T-Visa-Law-Enforcement-Resource%20Guide_1.4.16.pdf.

35. A noncitizen is eligible for status under the U Visa program if (1) she suffered substantial physical or mental abuse as a result of having been a victim of one of the enumerated crimes; (2) she possesses or possessed information concerning the criminal activity; (3) she has been helpful, is being helpful, or is likely to be helpful to a Federal, State, or local law enforcement official, to a Federal, State, or local prosecutor, to a Federal or State judge, to the Service, or to other Federal, State, or local authorities investigating or prosecuting the criminal activity; and (4) the criminal activity violated the laws of the United States or occurred in the United States (including in Indian country and military installations) or the territories and possessions of the United States. *See* INA § 101(a)(15)(U).

36. A statutory cap limits the grant of U Visas to 10,000 per fiscal year. INA § 214(p)(2)(A). *See* INA § 214(p)(2)(A); 8 C.F.R. § 214.14(d)(1). The statutory cap only applies to principal applicants and does not apply to derivative applicants. INA § 214(p)(2)(B).

37. A wait list was created by regulation to provide deferred action to an eligible petitioner whenever the statutory cap is reached within a given fiscal year. *See* New Classification for Victims of Criminal Activity; Eligibility for "U" Nonimmigrant Status, 72 Fed. Reg. 53014, 53027 (Sept. 29, 1995) (codified at 8 C.F.R. § 214.14(d)(2)). Deferred action provides several important protections to petitioners that include, among others, eligibility for work authorization. 8 CFR § 214.14(d)(2) ("USCIS, in its discretion, may authorize

employment for such petitioners and qualifying family members.").

## The U Visa Administrative Process

38. The administrative processing to accord U nonimmigrant status to eligible petitioners is tightly prescribed and regulated.

39. First, a petitioner must obtain a certification from a law enforcement official that she was the victim of a crime, that the crime is a recognized crime under the U Visa program, and that she was, is or likely to be helpful in the investigation, or prosecution of the criminal activity. The USCIS has prescribed that law enforcement officials make this certification on a particular form, USCIS Form I-918 Supplement B, U Nonimmigrant Status Certification. *See* 8 C.F.R. § 214.14(a)(12).

40. Second, on submission, the USCIS makes a completeness check to verify that all required initial evidence is present. The petition must include Form I-918, Petition for U Nonimmigrant Status; Form I-918, Supplement B, U Nonimmigrant Status Certification; Form I-192, Application for Advance Permission to Enter as Nonimmigrant, if there are any inadmissibility issues; a personal statement describing the criminal activity of which the applicant was a victim; and evidence to establish each eligibility requirement.

41. Third, USCIS either adjudicates the petition according to U-nonimmigrant status or, in most cases, places the petitioner on the wait-list status for an adjudication. *See* 8 C.F.R. § 214.14(d)(2).

42. If the statutory cap has not been reached, the USCIS adjudicates the petition for U nonimmigrant status.

43. If the statutory cap has been reached, the USCIS *must* place the petitioner on the waiting list until an adjudication can be made. 8 C.F.R. § 214.14(d) ("All eligible petitioners who,

due solely to the cap, are not granted U-1 nonimmigrant status must be placed on a waiting list and receive written notice of such placement.").

44. Once the individual has been granted deferred action, he or she may apply for and receive employment authorization by submitting Form I-765.

### Bona Fide Screening

45. Congress granted USCIS the authority to grant work authorization for petitioners with pending, bona fide applications. INA § 214(p)(6) ("The Secretary may grant work authorization to any alien who has a pending, bona fide application for nonimmigrant status under section 101(a)(15)(U)").

46. A bona fide application means an application where there appears to be no instance of fraud in the application, the application is complete, properly filed, contains a law enforcement agency ("LEA") endorsement, includes completed fingerprints and background checks, and presents prima facie evidence to show eligibility for U nonimmigrant status. *See, e.g.*, 8 C.F.R. § 214.11(k) (defining "bona fide" for related statutory nonimmigrant program).

### The Application for U Nonimmigrant Status

47. Plaintiff Sonal Baldevbhai Patel sought U nonimmigrant status to better protect herself and her husband. Protections offered by the U nonimmigrant status would provide her with the ability to work and support her family. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Sonal Baldevbhai Patel and her husband because they will not have to be concerned about possible removal from the U.S.A.

48. On October 25, 2022, Sonal Baldevbhai Patel and Nitinkumar Ramabhai Patel submitted

complete and substantively approvable applications for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

49. There is no evidence of fraud in the applications and Mrs. Sonal Baldevbhai Patel and her husband attached compelling evidence showing their eligibility for U nonimmigrant status.

50. On October 25, 2022, USCIS received the forms at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice Dated October 31, 2022.

51. USCIS will only issue Receipt Notices for petitions that are complete.

52. In 2022, Sonal Baldevbhai Patel and Nitinkumar Ramabhai Patel were notified by USCIS that the couple did not need to appear in person for biometrics processing because USCIS already had their biometrics in their system and would therefore re-use their previously provided biometrics.

53. Both Sonal Baldevbhai Patel and Nitinkumar Ramabhai Patel submitted form I-765, Application for Employment Authorization, received on October 25, 2022, at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice, Dated October 31, 2022.

54. Plaintiff Vishnubhai Bhaychandas Patel sought U nonimmigrant status to better protect himself and his wife. Protections offered by the U nonimmigrant status would provide him with the ability to work and support his family. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Vishnubhai Bhaychandas Patel and his wife because they will not have to be concerned about possible removal from the U.S.A.

55. On May 13, 2022 Vishnubhai Bhaychandas Patel and Neetaben Vishnubhai Patel submitted complete and substantively approvable applications for U nonimmigrant status to the

11

USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

56. On May 13, 2022, USCIS received the forms at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice Dated May 17, 2022.

57. There is no evidence of fraud in the applications and Vishnubhai Bhaychandas Patel and his wife attached compelling evidence showing eligibility for U nonimmigrant status.

58. USCIS will only issue Receipt Notices for petitions that are complete.

59. On November 3, 2022, Vishnubhai Bhaychandas Patel and Neetaben Vishnubhai Patel complied and attended biometrics appointments to complete all required background checks.

60. Vishnubhai Bhaychandas Patel and Neetaben Vishnubhai Patel submitted forms I-765, Applications for Employment Authorization, received on May 13, 2022, at the Vermont Service Center. *See* Form I-797C, Notices of Action/Receipt Notice, Dated May 17, 2022.

61. Plaintiff Prashant Hasmukhbhai Suthar sought U nonimmigrant status to better protect himself and his family. Protections offered by the U nonimmigrant status would provide him with the ability to work and support his family. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Prashant Hasmukhbhai Suthar and his family because they will not have to be concerned about possible removal from the U.S.A.

62. On May 16, 2022, Prashant Hasmukhbhai Suthar, Nilamben Prashant Suthar and Aryan Prashant Suthar submitted complete and substantively approvable applications for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

63. There is no evidence of fraud in the applications, and Mr. Prashant Hasmukhbhai Suthar and his family attached compelling evidence showing their eligibility for U nonimmigrant

12

status.

64. On May 16, 2022 USCIS received the forms at the Vermont Service Center. *See* Form I-797C, Notices of Action/Receipt Notice Dated May 18, 2022.

65. USCIS will only issue Receipt Notices for petitions that are complete.

66. On February 10, 2023, Prashant Hasmukhbhai Suthar complied and attended a biometrics appointment to complete all required background checks.

67. USCIS has not sent notices for Nilamben Prashant Suthar and Aryan Prashant Suthar to complete biometrics yet, even though requests for such has been sent to the agency.

68. Prashant Hasmukhbhai Suthar, Nilamben Prashant Suthar and Aryan Prashant Suthar submitted forms I-765, Application for Employment Authorization, received on May 16, 2022, at the Vermont Service Center. *See* Forms I-797C, Notice of Action/Receipt Notice, Dated May 18, 2022.

69. Plaintiff Sunilkumar Vinodbhai Patel sought U nonimmigrant status to better protect himself and his wife. Protections offered by the U nonimmigrant status would provide him with the ability to work and support his family. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Sunilkumar Vinodbhai Patel and his wife because they  will not have to be concerned about possible removal from the U.S.A.

70. On October 31, 2022, Sunilkumar Vinodbhai Patel and Minaxiben Mahendrabhai Patel submitted complete and substantively approvable applications for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

71. There is no evidence of fraud in the applications and Mr. Sunilkumar Vinodbhai Patel and Minaxiben Mahendrabhai Patel attached compelling evidence showing their eligibility for

U nonimmigrant status.

72. On October 31, 2022, USCIS received the forms at the Vermont Service Center. *See* Forms I-797C, Notice of Action/Receipt Notice Dated November 3, 2022.

73. USCIS will only issue Receipt Notices for petitions that are complete.

74. Although Sunilkumar Vinodbhai Patel and Minaxiben Mahendrabhai Patel's applications have been pending with USCIS for almost one year USCIS has not sent notices to the couple requesting that they attend a biometrics appointment in order to complete background checks.

75. Sunilkumar Vinodbhai Patel and Minaxiben Mahendrabhai Patel submitted forms I-765, Application for Employment Authorization, received on October 31, 2022, at the Vermont Service Center. *See* Forms I-797C, Notice of Action/Receipt Notices, Dated November 3, 2022.

76. Plaintiff Kamleshkumar Ganpatbhai Patel sought U nonimmigrant status to better protect himself. Protections offered by the U nonimmigrant status would provide him with the ability to work and support himself. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Kamleshkumar Ganpatbhai Patel because he will not have to be concerned about possible removal from the U.S.A.

77. On August 13, 2020, Kamleshkumar Ganpatbhai Patel submitted a complete and substantively approvable application for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

78. There is no evidence of fraud in the application and Mr. Kamleshkumar Ganpatbhai Patel attached compelling evidence showing eligibility for U nonimmigrant status.

79. On August 13, 2020, USCIS received Kamleshkumar Ganpatbhai Patel's forms at the

Vermont Service Center. *See* Forms I-797C, Notice of Action/Receipt Notice Dated August 13, 2020.

80. USCIS will only issue Receipt Notices for petitions that are complete.

81. On October 22, 2021, USCIS notified Kamleshkumar Ganpatbhai Patel that he would not be required to appear in person for biometrics because USCIS had his biometrics in its' database and could reuse his previously provided biometrics to complete all required background checks.

82. Kamleshkumar Ganpatbhai Patel submitted form I-765, Application for Employment Authorization, received on September 13, 2021, at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice, Dated September 17, 2021.

83. Plaintiff Yogeshkumar Jayantilal Patel sought U nonimmigrant status to better protect himself and his wife. Protections offered by the U nonimmigrant status would provide him with the ability to work and support his family. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Yogeshkumar Jayantilal Patel and his wife because they will not have to be concerned about possible removal from the U.S.A.

84. On November 7, 2022, Yogeshkumar Jayantilal Patel and Manishaben Ramanbhai Patel submitted complete and substantively approvable applications for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

85. There is no evidence of fraud in the applications, and Mr. Yogeshkumar Jayantilal Patel and his wife attached compelling evidence showing their eligibility for U nonimmigrant status.

86. On November 7, 2022 USCIS received the forms at the Vermont Service Center. *See*

15

Forms I-797C, Notices of Action/Receipt Notice Dated November 9, 2022.

87. USCIS will only issue Receipt Notices for petitions that are complete.

88. On December 28, 2022, Yogeshkumar Jayantilal Patel and Manishaben Ramanbhai Patel complied and attended biometrics appointments to complete all required background checks.

89. Yogeshkumar Jayantilal Patel and Manishaben Ramanbhai Patel submitted forms I-765, Application for Employment Authorization, received on November 7, 2022, at the Vermont Service Center. *See* Forms I-797C, Notice of Action/Receipt Notice, Dated November 9, 2022.

90. Plaintiff Digantkumar Nitinkumar Patel sought U nonimmigrant status to better protect himself and his wife. Protections offered by the U nonimmigrant status would provide him with the ability to work and support his family. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Digantkumar Nitinkumar Patel and his wife because they will not have to be concerned about possible removal from the U.S.A.

91. On February 24, 2020 and March 13, 2020, respectively, Digantkumar Nitinkumar Patel and Hasumatiben Digant Patel submitted complete and substantively approvable applications for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

92. There is no evidence of fraud in the applications, and Mr. Digantkumar Nitinkumar Patel and Hasumatiben Digant Patel attached compelling evidence showing their eligibility for U nonimmigrant status.

93. On February 24, 2020 and March 13, 2020 USCIS received the forms at the Vermont

Service Center. *See* Forms I-797C, Notices of Action/Receipt Notice Dated March 2, 2020 and April 3, 2020.

94. USCIS will only issue Receipt Notices for petitions that are complete.

95. On December 3, 2020, Hasumatiben Digant Patel complied and attended a biometrics appointment to complete all required background checks.

96. On December 17, 2020, Digantkumar Nitinkumar Patel complied and attended a biometrics appointment to complete all required background checks.

97. Digantkumar Nitinkumar Patel and Hasumatiben Digant Patel submitted forms I-765, Application for Employment Authorization, received on July 25, 2023 and March 13, 2020 respectively, at the Vermont Service Center. *See* Forms I-797C, Notice of Action/Receipt Notice, Dated July 27, 2023 and April 3, 2020.

98. Plaintiff Saraswati Patel sought U nonimmigrant status to better protect herself. Protections offered by the U nonimmigrant status would provide her with the ability to work and support herself. Having deferred action or U nonimmigrant status will also create a more secure and certain future for  Saraswati Patel because she will not have to be concerned about possible removal from the U.S.A.

99. On March 5, 2019, Saraswati Patel submitted a complete and substantively approvable application for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

100. There is no evidence of fraud in the application and Ms. Saraswati Patel attached compelling evidence showing eligibility for U nonimmigrant status.

101. On March 5, 2019, USCIS received Saraswati Patel's forms at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice Dated March 8, 2019.

102. USCIS will only issue Receipt Notices for petitions that are complete.

103. On August 26, 2019, Saraswati Patel complied and attended a biometrics appointment to complete all required background checks.

104. Saraswati Patel submitted form I-765, Application for Employment Authorization, received on October 17, 2022, at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice, Dated October 21, 2022.

105. Plaintiff Sri Naga Manikata Kondeparthi sought U nonimmigrant status to better protect himself. Protections offered by the U nonimmigrant status would provide him with the ability to work and support himself. Having deferred action or U nonimmigrant status will also create a more secure and certain future for Sri Naga Manikata Kondeparthi because he will not have to be concerned about possible removal from the U.S.A.

106. August 2, 2021, Sri Naga Manikata Kondeparthi submitted a complete and substantively approvable application for U nonimmigrant status to the USCIS Vermont Service Center. 8 C.F.R. § 214.14(c)(1).

107. There is no evidence of fraud in the application and Mr. Sri Naga Manikata Kondeparthi attached compelling evidence showing eligibility for U nonimmigrant status.

108. On August 2, 2021, USCIS received Sri Naga Manikata Kondeparthi's forms at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice Dated August 23, 2021.

109. USCIS will only issue Receipt Notices for petitions that are complete.

110. On November 2, 2021, Sri Naga Manikata Kondeparthi complied and attended a biometrics appointment to complete all required background checks.

111. Sri Naga Manikata Kondeparthi submitted form I-765, Application for Employment

Authorization, received on August 2, 2021, at the Vermont Service Center. *See* Form I-797C, Notice of Action/Receipt Notice, Dated August 23, 2021.

112.

## An Unreasonable Delay

113. More than eleven (11) months has elapsed since the filing of Sonal Baldevbhai Patel and Nitinkumar Ramabhai Patel's complete and approvable applications for U nonimmigrant status.

114. The Defendants have taken no action on the petitions for Sonal Baldevbhai Patel and Nitinkumar Ramabhai Patel since they were properly filed on October 25, 2022.

115. The delay has harmed Sonal Baldevbhai Patel and Nitinkumar Ramabhai Patel in their ability to maintain a livelihood and support their family. They have been unable to obtain work authorization.

116. More than sixteen (16) months have elapsed since the filing of Vishnubhai Bhaychandas Patel and Neetaben Patel's complete and approvable applications for U nonimmigrant status.

117. The Defendants have taken no action on the petitions for Vishnubhai Bhaychandas Patel and Neetaben Patel since they were properly filed on May 13, 2022.

118. The delay has harmed Vishnubhai Bhaychandas Patel and Neetaben Patel in their ability to maintain a livelihood and support their family. Vishnubhai Bhaychandas Patel and Neetaben Patel have been unable to obtain work authorization.

119. More than sixteen (16) months have elapsed since the filing of Prashant Hasmukhbhai Suthar, Nilamben Prashant Suthar and Aryan Prashant Suthar's complete and approvable applications for U nonimmigrant status.

120. The Defendants have taken no action on the petitions for Prashant Hasmukhbhai Suthar, Nilamben Prashant Suthar and Aryan Prashant Suthar since they were properly filed on May 16, 2022.

121. The delay has harmed Prashant Hasmukhbhai Suthar, Nilamben Prashant Suthar and Aryan Prashant Suthar in their ability to maintain a livelihood and support themselves. They have been unable to obtain work authorization.

122. More than ten (10) months have elapsed since the filing of Sunilkumar Vinodbhai Patel and Minaxiben Mahendrabhai Patel's complete and approvable applications for U nonimmigrant status.

123. The Defendants have taken no action on the petition for Sunilkumar Vinodbhai Patel and Minaxiben Mahendrabhai Patel since they were properly filed on October 31, 2022.

124. The delay has harmed Sunilkumar Vinodbhai Patel and Minaxiben Mahendrabhai Patel in their ability to maintain a livelihood and support themselves. Sunilkumar Vinodbhia Patel has been unable to obtain a driver's license or work authorization.

125. More than thirty-seven (37) months have elapsed since the filing of Kamleshkumar Ganpatbhai Patel's complete and approvable application for U nonimmigrant status.

126. The Defendants have taken no action on the petition for Kamleshkumar Ganpatbhai Patel since it was properly filed on August 13, 2020.

127. The delay has harmed Kamleshkumar Ganpatbhai Patel in his ability to maintain a livelihood and support himself. Kamleshkumar Ganpatbhai Patel has been unable to obtain a driver's license or work authorization.

128. More than nine (9) months have elapsed since the filing of Yogeshkumar Jayantilal Patel and Manishaben Ramanbhai Patel's complete and approvable applications for U

nonimmigrant status.

129. The Defendants have taken no action on the petitions for Yogeshkumar Jayantilal Patel and Manishaben Ramanbhai Patel since they were properly filed on November 7, 2022.

130. The delay has harmed Yogeshkumar Jayantilal Patel and Manishaben Ramanbhai Patel in their ability to maintain a livelihood and support their family. Yogeshkumar Jayantilal Patel and Manishaben Ramanbhai Patel have been unable to obtain work authorization.

131. More than forty-three (43) months have elapsed since the filing of Digantkumar Nitinkumar Patel and Hasumatiben Digant Patel's complete and approvable applications for U nonimmigrant status.

132. The Defendants have taken no action on the petitions for Digantkumar Nitinkumar Patel and Hasumatiben Digant Patel since they were properly filed in March 2020.

133. The delay has harmed Digantkumar Nitinkumar Patel and Hasumatiben Digant Patel in their ability to maintain a livelihood and support their family. Digantkumar Nitinkumar Patel and Hasumatiben Digant Patel have been unable to obtain work authorization.

134. More than fifty-four (54) months have elapsed since the filing of Saraswati Patel's complete and approvable application for U nonimmigrant status.

135. The Defendants have taken no action on the petition for Saraswati Patel since it was properly filed on March 5, 2019.

136. The delay has harmed Saraswati Patel in her ability to maintain a livelihood and support herself.  Saraswati Patel has been unable to obtain work authorization.

137. More than twenty-five (25) months have elapsed since the filing of Sri Naga Manikata Kondeparthi's complete and approvable application for U nonimmigrant status.

138. The Defendants have taken no action on the petition for Sri Naga Manikata Kondeparthi

since it was  properly filed on August 2, 2021.

139. The delay has harmed Sri Naga Manikata Kondeparthi in his ability to maintain a livelihood and support himself.  Sri Naga Manikata Kondeparthi has been unable to obtain work authorization.

## Count I

### Unreasonable Delay in Agency Action
### 5   U.S.C. § 555(b)

140. All previous paragraphs are incorporated as though fully set forth herein.

141. The Defendants have a statutory obligation to process the petitions for all Plaintiffs for U nonimmigrant status and waitlist placement within a reasonable time. 5 U.S.C. § 555(b).

142. The Defendants' delay of one year, or more, is unreasonable and therefore violates 5 U.S.C. § 555(b).

## Count II

### Mandamus
### 28  U.S.C. § 1361

143. All previous paragraphs are incorporated as though fully set forth herein.

144. The Mandamus Act, 28 U.S.C. § 1361, grants authority to courts to compel Defendants to perform a duty owed to Plaintiffs.

145. The Defendants have a regulatory, ministerial obligation to place all eligible petitioners for U nonimmigrant status on the waiting list. 8 C.F.R. § 214.14(d).

146. The Defendants have a duty to place Plaintiffs on the waiting list.

147. The Defendants failure to perform this duty for more than one year violates the regulation.

## Count III

### Unreasonable Delay in Agency Action
### Bona Fide Work Authorization

148. All previous paragraphs are incorporated as though fully set forth herein.

149. Under INA § 214(p)(6), the Defendants have an obligation to issue, within a reasonable time, work authorization for individuals who have presented bona fide petitions for U nonimmigrant status.

150. The Defendants have failed to issue work authorization to Plaintiffs for upwards of six (6) months and on some occasions more than four (4) years.

151. The Defendants' failure to issue work authorization to Plaintiffs violates INA § 214(p)(6) and 5 U.S.C. § 555(b).

### Request for Relief

**WHEREFORE**, Plaintiffs request that the Court grant the following relief:

A.  Declare that Defendants have a duty to place Plaintiffs on the waiting list for U nonimmigrant status and grant deferred action.

B.  Order Defendants to comply with 8 C.F.R. § 214.14(d)(2) and place Plaintiffs on the U Visa waitlist.

C.  Award Plaintiff reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 2412; and

D. Award all other relief to Plaintiffs that it deems just, equitable, and proper.

Respectfully submitted this ___ day of October2023.

Respectfully submitted,
Plaintiffs,
By Their Attorney,

Sheri F. Murray, Esq.
900 Broadway Suite 4
Revere, MA 02151
781-289-6200
BBO# 657299

24



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2302950039 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
| Received Date 10/25/2022 | Priority Date | Applicant A079 084 665 PATEL, SONAL BALDEVBHAI |
| Notice Date 10/31/2022 | Page 1 of 2 | Beneficiary A079 084 665 PATEL, SONAL BALDEVBHAI |

| | |
|---|---|
| SONAL BALDEVBHAI PATEL c/o LAW OFFICE OF STEPHEN A LAGANA 145 ESSEX STREET LAWRENCE MA 01840 | **Notice Type:** Receipt Notice Fee Waived |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

### Contacting the Agency

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

| | |
|---|---|
| Vermont Service Center U.S. CITIZENSHIP & IMMIGRATION SVC 38 River Road Essex Junction VT 05479-0001 |  |
| USCIS Contact Center: www.uscis.gov/contactcenter | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C   10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2302950058 | | Case Type I918A - PETITION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 10/25/2022 | Priority Date | Applicant  A079 084 665 PATEL, SONAL BALDEVBHAI |
| Notice Date 10/31/2022 | Page 1 of 2 | Beneficiary A215 750 238 PATEL, NITINKUMAR RAMABHAI |

NITINKUMAR RAMABHAI PATEL
c/o LAW OFFICE OF STEPHEN A LAGANA
145 ESSEX STREET
LAWRENCE  MA  01840

**Notice Type: Receipt Notice**
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

<u>What the Official Notice Said</u>

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"** listed above.  It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

<u>Contacting the Agency</u>

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



**USCIS Contact Center: www.uscis.gov/contactcenter**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

Case 4:23-cv-40132-MRG    Document 1    Filed 10/01/23    Page 27 of 67

| Receipt Number EAC2302950067 | | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date 10/25/2022 | Priority Date | Applicant A215 750 238 PATEL, NITINKUMAR RAMBHAI |
| Notice Date 10/31/2022 | Page 1 of 2 | Beneficiary A215 750 238 PATEL, NITINKUMAR RAMBHAI |

NITINKUMAR RAMBHAI PATEL
c/o LAW OFFICE OF STEPHEN A LAGANA
145 ESSEX STREET
LAWRENCE MA 01840

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if you are eligible, you may to use this notice in conjunction with your facially expired Form I-766, Employment Authorization Document (EAD), as proof of an automatic extension of employment authorization and/or EAD, as applicable.

You are eligible for an automatic extension of your employment authorization and/or EAD if:
*   You have timely filed to renew your current employment authorization and/or EAD;
*   Your EAD renewal request is under a category that is eligible for an automatic extension (see uscis.gov/eadautoextend for a list of eligible categories);
*   The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 class, but they do not need to match each other); and
*   Your EAD renewal application is still pending with USCIS when your current EAD expires.

If eligible, you may present this notice to an employer with your expired EAD (and Form I-94, Arrival/Departure Record, if applicable) for employment eligibility verification (Form I-9) purposes.

If eligible, your automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your EAD renewal application, the automatic extension immediately ends, and you can no longer present this notice to your employer for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to advance parole.

If you are applying to renew A17, A18, and C26 employment authorization and you are relying upon the automatic extension to demonstrate your employment authorization during the automatic extension period, you must show this receipt notice, an unexpired I-94 showing valid E, L-2, or H-4 status, and a facially expired A17, A18, or C26 EAD that matches this receipt notice. Your EAD automatic extension terminates the earliest of: the end date on your I-94, the date we adjudicate this application, or 540 days after the expiration date on your EAD.

For more information, please see our website at uscis.gov/eadautoextend.

**Processing time** - Processing times vary by form type.

*   Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
*   If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter





Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| | |
|---|---|
| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. | |

| Receipt Number | | Case Type |
|---|---|---|
| EAC2302950054 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** | **Priority Date** | Applicant  A079 084 665 |
| 10/25/2022 | | PATEL, SONAL BALDEVBHAI |
| **Notice Date** | **Page** | Beneficiary A079 084 665 |
| 10/31/2022 | 1 of 2 | PATEL, SONAL BALDEVBHAI |

LAW OFFICE OF STEPHEN A LAGANA
c/o STEPHEN A LAGANA
145 ESSEX STREET
LAWRENCE MA  01840

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

Processing time - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

-1



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | | |
|---|---|---|---|
| Receipt Number<br>EAC2221650102 | | Case Type<br>I918 - APPLICATION FOR U NONIMMIGRANT STATUS | |
| Received Date<br>05/13/2022 | Priority Date | Applicant<br>PATEL, VISHNUBHAI BHAYCHANDAS | |
| Notice Date<br>05/17/2022 | Page<br>1 of 2 | Beneficiary<br>PATEL, VISHNUBHAI BHAYCHANDAS | |

VISHNUBHAI BHAYCHANDAS PATEL
c/o HARRINGTON LAW OFFICES
171 MILK ST STE 24
BOSTON   MA   02109

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"** listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



**USCIS Contact Center: www.uscis.gov/contactcenter**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C   10/13/21



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | **CASE TYPE**<br>1918 - APPLICATION FOR U NONIMMIGRANT STATUS | | **NOTICE DATE**<br>10/14/2022 |
|---|---|---|---|
| **APPLICATION/PETITION/REQUEST NUMBER**<br>EAC2221650102 | | **USCIS A#**<br>A247 003 025 | **CODE**<br>3 |
| **ACCOUNT NUMBER** | **TCR** | **SERVICE CENTER**<br>VSC | **PAGE**<br>1 of 2 |



VISHNUBHAI BHAYCHANDAS PATEL
c/o DANIEL PATRICK HARRINGTON
HARRINGTON LAW OFFICES
171 MILK ST STE 24
BOSTON MA 02109

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS BOSTON<br>7F Everett Street<br>Revere MA 02151 | 11/03/2022<br>09:00AM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R. Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

**APPLICATION NUMBER**
I918 - EAC2221650102

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY
                    NOV 0 3 2022
TENPRINT QA REVIEW B

XBD

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.
                                                                                          Form I-797C    10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2221650111 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** | **Priority Date** | **Applicant** |
| 05/13/2022 | | PATEL, VISHNUBHAI BHAYCHANDAS |
| **Notice Date** | **Page** | **Beneficiary** |
| 05/17/2022 | 1 of 2 | PATEL, VISHNUBHAI BHAYCHANDAS |

HARRINGTON LAW OFFICES
c/o DANIEL PATRICK HARRINGTON
171 MILK ST STE 24
BOSTON MA 02109

**Notice Type:** Receipt Notice
Fee Waived
Class requested: A19

---

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if you are eligible, you may use this notice in conjunction with your facially expired Form I-766, Employment Authorization Document (EAD), as proof of an automatic extension of employment authorization and/or EAD, as applicable.

You are eligible for an automatic extension of your employment authorization and/or EAD if:

- You have timely filed to renew your current employment authorization and/or EAD;
- Your EAD renewal request is under a category that is eligible for an automatic extension (see uscis.gov/eadautoextend for a list of eligible categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 class, but they do not need to match each other); and
- Your EAD renewal application is still pending with USCIS when your current EAD expires.

If eligible, you may present this notice to an employer with your expired EAD (and Form I-94, Arrival/Departure Record, if applicable) for employment eligibility verification (Form I-9) purposes.

If eligible, your automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your EAD renewal application, the automatic extension immediately ends, and you can no longer present this notice to your employer for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to advance parole.

If you are applying to renew A17, A18, and C26 employment authorization and you are relying upon the automatic extension to demonstrate your employment authorization during the automatic extension period, you must show this receipt notice, an unexpired I-94 showing valid E, L-2, or H-4 status, and a facially expired A17, A18, or C26 EAD that matches this receipt notice. Your EAD automatic extension terminates the earliest of: the end date on your I-94, the date we adjudicate this application, or 540 days after the expiration date on your EAD.

For more information, please see our website at uscis.gov/eadautoextend.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C   10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2221650118 | | 1918A - PETITION FOR U NONIMMIGRANT STATUS |
| **Received Date** | **Priority Date** | **Applicant** |
| 05/13/2022 | | PATEL, VISHNUBHAI BHAYCHANDAS |
| **Notice Date** | **Page** | **Beneficiary** |
| 05/17/2022 | 1 of 2 | PATEL, NEETABEN VISHNUBHAI |

NEETABEN VISHNUBHAI PATEL
c/o HARRINGTON LAW OFFICES
171 MILK ST STE 24
BOSTON MA 02109

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"** listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

### Contacting the Agency

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country.
- A driver's license.
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | CASE TYPE<br>1918A - PETITION FOR U NONIMMIGRANT STATUS | | NOTICE DATE<br>10/14/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>EAC2221650118 | | USCIS A#<br>A 247 003 026 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>VSC | PAGE<br>1 of 2 |

NEETABEN VISHNUBHAI PATEL
c/o DANIEL PATRICK HARRINGTON
HARRINGTON LAW OFFICES
171 MILK ST STE 24
BOSTON  MA  02109



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS BOSTON<br>7F Everett Street<br>Revere MA  02151 | 11/03/2022<br>09:00AM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY:
ON
TENPRINT QA REVIEW BY:
ON

NOV 03 2022

**APPLICATION NUMBER**
1918A - EAC2221650118

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| EAC2221650133 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| **Received Date** | **Priority Date** | **Applicant** | |
| 05/13/2022 | | PATEL, NEETABEN VISHNUBHAI | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 05/17/2022 | 1 of 2 | PATEL, NEETABEN VISHNUBHAI | |

HARRINGTON LAW OFFICES
c/o DANIEL PATRICK HARRINGTON
171 MILK ST STE 24
BOSTON MA  02109

**Notice Type:** Receipt Notice
Amount received: $410.00 U.S.
Class requested: A20

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if you are eligible, you may to use this notice in conjunction with your facially expired Form I-766, Employment Authorization Document (EAD), as proof of an automatic extension of employment authorization and/or EAD, as applicable.

You are eligible for an automatic extension of your employment authorization and/or EAD if:
- You have timely filed to renew your current employment authorization and/or EAD;
- Your EAD renewal request is under a category that is eligible for an automatic extension (see uscis.gov/eadautoextend for a list of eligible categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 class, but they do not need to match each other); and
- Your EAD renewal application is still pending with USCIS when your current EAD expires.

If eligible, you may present this notice to an employer with your expired EAD (and Form I-94, Arrival/Departure Record, if applicable) for employment eligibility verification (Form I-9) purposes.

If eligible, your automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your EAD renewal application, the automatic extension immediately ends, and you can no longer present this notice to your employer for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to advance parole.

If you are applying to renew A17, A18, and C26 employment authorization and you are relying upon the automatic extension to demonstrate your employment authorization during the automatic extension period, you must show this receipt notice, an unexpired I-94 showing valid E, L-2, or H-4 status, and a facially expired A17, A18, or C26 EAD that matches this receipt notice. Your EAD automatic extension terminates the earliest of: the end date on your I-94, the date we adjudicate this application, or 540 days after the expiration date on your EAD.

For more information, please see our website at uscis.gov/eadautoextend.

**Processing time** - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.
- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

| Receipt Number<br>EAC2221750020 | | Case Type<br>I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| Received Date<br>05/16/2022 | Priority Date | Applicant<br>SUTHAR, PRASHANT HASMUKHBHAI |
| Notice Date<br>05/18/2022 | Page<br>1 of 2 | Beneficiary<br>SUTHAR, PRASHANT HASMUKHBHAI |

CORBACI LAW PC
c/o CRYSTAL MARIE MORILLO
10 TOWER OFFICE PARK STE 620
WOBURN  MA  01801

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to complete one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**     Form I-797C  10/13/21



**ASC Appointment Notice**
I918 - APPLICATION FOR U NONIMMIGRANT STATUS

| NOTICE DATE |
| --- |
| 01/21/2023 |

| APPLICATION/PETITION/REQUEST NUMBER | | | | |
| --- | --- | --- | --- | --- |
| EAC2221750020 | | | USCIS A# | CODE |
| | | | A247 002 930 | 3 |
| ACCOUNT NUMBER | | TCR | SERVICE CENTER | PAGE |
| | | | VSC | 1 of 2 |



PRASHANT HASMUKHBHAI SUTHAR
c/o CRYSTAL MARIE MORILLO
CORBACI LAW PC
10 TOWER OFFICE PARK STE 620
WOBURN MA 01801

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS BOSTON | |
| 7F Everett Street | 02/10/2023 |
| Revere MA 02151 | 02:00PM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

BIOMETRICS PROCESSING STAMP
ASC SITE CODE _____
BIOMETRICS QA REVIEW BY: _____ FEB 1 0 2023
ON _____
TENPRINTS QA REVIEW BY: _____ FEB 1 0 2023
ON _____

**APPLICATION NUMBER**
I918 - EAC2221750020



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   10/13/21



| Receipt Number<br>EAC2221750027 | | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| --- | --- | --- |
| Received Date<br>05/16/2022 | Priority Date | Applicant<br>SUTHAR, PRASHANT HASMUKHBHAI |
| Notice Date<br>05/18/2022 | Page<br>1 of 2 | Beneficiary<br>SUTHAR, PRASHANT HASMUKHBHAI |

CORBACI LAW PC
c/o CRYSTAL MARIE MORILLO
10 TOWER OFFICE PARK STE 620
WOBURN MA 01801

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

---

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**     Form I-797C 10/13/21



| Receipt Number | | Case Type | |
| EAC2221750022 | | I918A - PETITION FOR U NONIMMIGRANT STATUS | |
| Received Date | Priority Date | Applicant | |
| 05/16/2022 | | SUTHAR, PRASHANT HASMUKHBHAI | |
| Notice Date | Page | Beneficiary | |
| 05/18/2022 | 1 of 2 | SUTHAR, NILAMBEN PRASHANT | |

CORBACI LAW PC
c/o CRYSTAL MARIE MORILLO
10 TOWER OFFICE PARK STE 620
WOBURN  MA  01801

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of our action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country.
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  10/13/21



| Receipt Number<br>EAC2221750030 | | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
|---|---|---|---|
| Received Date<br>05/16/2022 | Priority Date | Applicant<br>SUTHAR, NILAMBEN PRASHANT | |
| Notice Date<br>05/18/2022 | Page<br>1 of 2 | Beneficiary<br>SUTHAR, NILAMBEN PRASHANT | |

CORBACI LAW PC
c/o CRYSTAL MARIE MORILLO
10 TOWER OFFICE PARK STE 620
WOBURN MA 01801

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  10/13/21

| Receipt Number EAC2221750023 | | Case Type I918A - PETITION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 05/16/2022 | Priority Date | Applicant SUTHAR, PRASHANT HASMUKHBHAI |
| Notice Date 05/18/2022 | Page 1 of 2 | Beneficiary SUTHAR, ARYAN PRASHANT |

CORBACI LAW PC
c/o CRYSTAL MARIE MORILLO
10 TOWER OFFICE PARK STE 620
WOBURN  MA  01801

**Notice Type:** Receipt Notice
**Fee Waived**

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
* If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

* A passport or national photo ID issued by your country,
* A driver's license,
* A military photo ID, or
* A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

| Receipt Number EAC2221750039 | | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
|---|---|---|---|
| Received Date 05/16/2022 | Priority Date | Applicant SUTHAR, ARYAN PRASHANT | |
| Notice Date 05/18/2022 | Page 1 of 2 | Beneficiary SUTHAR, ARYAN PRASHANT | |

CORBACI LAW PC
c/o CRYSTAL MARIE MORILLO
10 TOWER OFFICE PARK STE 620
WOBURN MA 01801

**Notice Type: Receipt Notice**
Fee Waived
Class requested: C14

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

* You have timely filed to renew your current Form I-766 EAD; and
* Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
* The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
* You do not receive your renewal EAD before your current EAD expires;
* Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
* Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

* Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
* If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

* Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
* Create an account at my.uscis.gov/account and receive email updates on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



---

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**       Form I-797C 10/13/21

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2303250154 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
| Received Date | Priority Date | Applicant |
| 10/31/2022 | | PATEL, SUNILKUMAR VINODBHAI |
| Notice Date | Page | Beneficiary |
| 11/03/2022 | 1 of 2 | PATEL, SUNILKUMAR VINODBHAI |

SUNILKUMAR VINODBHAI PATEL
c/o LAW OFFICES OF JASON SAGER
2915 W DEVON AVE
CHICAGO  IL  60659

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

What the Official Notice Said

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"** listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

Contacting the Agency

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2303250174 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** | **Priority Date** | **Applicant** |
| 10/31/2022 | | PATEL, SUNILKUMAR VINODBHAI |
| **Notice Date** | **Page** | **Beneficiary** |
| 11/03/2022 | 1 of 2 | PATEL, SUNILKUMAR VINODBHAI |

SUNILKUMAR VINODBHAI PATEL
c/o LAW OFFICES OF JASON SAGER
2915 W DEVON AVE
CHICAGO IL  60659

**Notice Type:** Receipt Notice
Fee Waived
Class requested: A19

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

<u>What the Official Notice Said</u>

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2303250184 | | Case Type I918A - PETITION FOR U NONIMMIGRANT STATUS |
| --- | --- | --- |
| Received Date 10/31/2022 | Priority Date | Applicant PATEL, SUNILKUMAR VINODBHAI |
| Notice Date 11/03/2022 | Page 1 of 2 | Beneficiary A208 939 274 PATEL, MINAXIBEN MAHENDRABHAI |

MINAXIBEN MAHENDRABHAI PATEL
c/o LAW OFFICES OF JASON SAGER
2915 W DEVON AVE
CHICAGO  IL  60659

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

#### What the Official Notice Said

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.**

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

#### Contacting the Agency

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2303250202 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** | **Priority Date** | Applicant  A208 939 274 |
| 10/31/2022 | | PATEL, MINAXIBEN MAHENDRABHAI |
| **Notice Date** | **Page** | Beneficiary  A208 939 274 |
| 11/03/2022 | 1 of 2 | PATEL, MINAXIBEN MAHENDRABHAI |

MINAXIBEN MAHENDRABHAI PATEL
c/o LAW OFFICES OF JASON SAGER
2915 W DEVON AVE
CHICAGO IL 60659

**Notice Type:** Receipt Notice
Fee Waived
Class requested: A19

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"** listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

Processing time - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2028450887 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
| **Received Date** 08/13/2020 | **Priority Date** | **Applicant** A087 385 865 PATEL, KAMLESHKUMAR GANPATBHAI |
| **Notice Date** 08/13/2020 | **Page** 1 of 2 | **Beneficiary** A087 385 865 PATEL, KAMLESHKUMAR GANPATBHAI |

KAMLESHKUMAR GANPATBHAI PATEL
c/o BHAVYA CHAUDHARY
BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE RD
NORCROSS  GA 30071

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the VAWA Hotline 1-802-527-4888 or visit our website at www.uscis.gov

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans, VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2028450887 | | Case Type I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 08/13/2020 | Priority Date | Applicant A087 385 865 PATEL, KAMLESHKUMAR GANPATBHAI |
| Notice Date 08/13/2020 | Page 2 of 2 | Beneficiary A087 385 865 PATEL, KAMLESHKUMAR GANPATBHAI |

example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2134650390 | | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date 09/13/2021 | Priority Date | Applicant A087 385 865 PATEL, KAMLESHKUMAR GANPATBHAI |
| Notice Date 09/17/2021 | Page 1 of 2 | Beneficiary A087 385 865 PATEL, KAMLESHKUMAR GANPATBHAI |

KAMLESHKUMAR GANPATBHAI PATEL
c/o BHAVYA CHAUDHARY
BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE RD
NORCROSS  GA  30071

**Notice Type:** Receipt Notice
Amount received: $410.00 U.S.
Class requested: C14

RECEIVED SEP 2 7 2021

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**Automatic 180 day Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-765 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic 180 day extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at www.uscis.gov/I-765.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country.
- A driver's license.
- A military photo ID. or

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**





**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>EAC2134650390 | | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date<br>09/13/2021 | Priority Date | Applicant  A087 385 865<br>PATEL, KAMLESHKUMAR GANPATBHAI |
| Notice Date<br>09/17/2021 | Page<br>2 of 2 | Beneficiary  A087 385 865<br>PATEL, KAMLESHKUMAR GANPATBHAI |

- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



**USCIS Contact Center: www.uscis.gov/contactcenter**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number<br>EAC2303850497 | | Case Type<br>I918 - APPLICATION FOR U NONIMMIGRANT STATUS | |
| --- | --- | --- | --- |
| Received Date<br>11/07/2022 | Priority Date | Applicant<br>PATEL, YOGESHKUMAR JAYANTILAL | |
| Notice Date<br>11/09/2022 | Page<br>1 of 2 | Beneficiary<br>PATEL, YOGESHKUMAR JAYANTILAL | |

YOGESHKUMAR JAYANTILAL PATEL
c/o BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS  GA  30071

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

What the Official Notice Said

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

Contacting the Agency

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

| Vermont Service Center<br>U.S. CITIZENSHIP & IMMIGRATION SVC<br>38 River Road<br>Essex Junction VT 05479-0001 | RECEIVED<br><br>NOV 1 8 2022 | |
| --- | --- | --- |
| USCIS Contact Center: www.uscis.gov/contactcenter | | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE 1918 - APPLICATION FOR U NONIMMIGRANT STATUS | | NOTICE DATE 12/10/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER EAC2303850497 | | USCIS A# A240 714 953 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER VSC | PAGE 1 of 2 |

YOGESHKUMAR JAYANTILAL PATEL
c/o BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS GA 30071



PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS CINCINNATI 550 Main Street Room 1-710 Cincinnati OH 45202 | 12/28/2022 09:00AM |

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. THIS APPOINTMENT NOTICE. If you received multiple ASC notices, bring all notices to your first appointment, and
2. PHOTO IDENTIFICATION. Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
561      ON
TENPRINTS QA REVIEW BY:
      ON
RECEIVED
DEC 19 2022

APPLICATION NUMBER
1918 - EAC2303850497



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2303850521 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |

| Received Date | Priority Date | Applicant |
|---|---|---|
| 11/07/2022 | | PATEL, YOGESHKUMAR JAYANTILAL |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 11/09/2022 | 1 of 2 | PATEL, YOGESHKUMAR JAYANTILAL |

YOGESHKUMAR JAYANTILAL PATEL
c/o BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS GA 30071

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

What the Official Notice Said

**We have received the application or petition ("your case") listed above.** This notice only shows that your case was **filed** on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

* You have timely filed to renew your current Form I-766 EAD; and
* Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
* The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
* You do not receive your renewal EAD before your current EAD expires;
* Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
* Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

Processing time - Processing times vary by form type.

* Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
* If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter

**RECEIVED**

NOV 1 8 2022



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2303850535 | | I918A - PETITION FOR U NONIMMIGRANT STATUS |
| Received Date | Priority Date | Applicant |
| 11/07/2022 | | PATEL, YOGESHKUMAR JAYANTILAL |
| Notice Date | Page | Beneficiary |
| 11/09/2022 | 1 of 2 | PATEL, MANISHABEN RAMANBHAI |

MANISHABEN RAMANBHAI PATEL
c/o BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS GA 30071

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"** listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country.
- A driver's license.
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter

**RECEIVED**

NOV 1 8 2022



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | CASE TYPE | | NOTICE DATE |
|---|---|---|---|
| | I918A – PETITION FOR U NONIMMIGRANT STATUS | | 12/10/2022 |

| APPLICATION/PETITION/REQUEST NUMBER | | USCIS A# | CODE |
|---|---|---|---|
| EAC2303850535 | | A240 714 954 | 3 |

| ACCOUNT NUMBER | | TCR | SERVICE CENTER | PAGE |
|---|---|---|---|---|
| | | | VSC | 1 of 2 |

MANISHABEN RAMANBHAI PATEL
c/o BHAVYA CHAUDHARY
BHAVYA CHUADHARY AND ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS GA 30071



PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS CINCINNATI | |
| 550 Main Street Room 1-710 | 12/28/2022 |
| Cincinnati OH 45202 | 09:00AM |

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. THIS APPOINTMENT NOTICE. If you received multiple ASC notices, bring all notices to your first appointment, and
2. PHOTO IDENTIFICATION. Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

BIOMETRIC PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:     RECEIVED
ON
DEC 19 2022

APPLICATION NUMBER
I918A - EAC2303850535



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| EAC2303850582 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| Received Date | Priority Date | Applicant | |
| 11/07/2022 | | PATEL, MANISHABEN RAMANBHAI | |
| Notice Date | Page | Beneficiary | |
| 11/09/2022 | 1 of 2 | PATEL, MANISHABEN RAMANBHAI | |

MANISHABEN RAMANBHAI PATEL
c/o BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS  GA  30071

**Notice Type:** Receipt Notice
Amount received: $410.00 U.S.
Class requested: A20

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter

RECEIVED

NOV 1 8 2022

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| EAC2013450228 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS | |

| Received Date | Priority Date | Applicant |
|---|---|---|
| 02/24/2020 | | PATEL, DIGANTKUMAR NITINKUMAR |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 03/02/2020 | 1 of 2 | PATEL, DIGANTKUMAR NITINKUMAR |

DIGANTKUMAR NITINKUMAR PATEL
c/o SHEENA ASARE BEDIAKO
LAW OFFICE OF SHEENA A BEDIAKO
302 FLORAL VALE BLVD
MORRISVILLE PA 19067

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

### Contacting the Agency

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
* If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

* A passport or national photo ID issued by your country,
* A driver's license,
* A military photo ID, or
* A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - **APPLICANT COPY** | CASE TYPE I918 - APPLICATION FOR U NONIMMIGRANT STATUS | | NOTICE DATE 11/21/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER EAC2013450228 | | USCIS A# A216 727 055 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER VSC | PAGE 1 of 2 |

DIGANTKUMAR NITINKUMAR PATEL
c/o LAW OFFICE OF SHEENA A BEDIAKO
302 FLORAL VALE BLVD
YARDLEY PA 19067



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS PHILADELPHIA 10300 Drummond Road Suite 100 Philadelphia PA 19154 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 12/17/2020 12:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

NOTE: USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE: If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment.  Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

BIOMETRICS PROCESSING STAMP
ASC SITE CODE _____
BIOMETRICS QA REVIEW ON DEC 17 2020
TENPRINTS QA REVIEW ON DEC 17 2020

APPLICATION NUMBER
1918 - EAC2013450228



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.
WARNING: Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number EAC2327550840 | | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
|---|---|---|---|
| Received Date 07/25/2023 | Priority Date | Applicant A216 727 055 PATEL, DIGANTKUMAR NITINKUMAR | |
| Notice Date 07/27/2023 | Page 1 of 2 | Beneficiary A216 727 055 PATEL, DIGANTKUMAR NITINKUMAR | |

LAW OFFICE OF SHEENA A BEDIAKO
c/o SHEENA ASARE BEDIAKO
302 FLORAL VALE BLVD
YARDLEY PA  19067

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

Processing time - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.         Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| EAC2016150352 | | I918A - PETITION FOR U NONIMMIGRANT STATUS | |
| **Received Date** | **Priority Date** | **Applicant** A216 727 055 | |
| 03/13/2020 | | PATEL, DIGANTKUMAR NITINKUMAR | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 04/03/2020 | 1 of 2 | PATEL, HASUMATIBEN DIGANT | |

DIGANTKUMAR NITINKUMAR PATEL
c/o SHEENA ASARE BEDIAKO
LAW OFFICE OF SHEENA A BEDIAKO
302 FLORAL VALE BLVD
YARDLEY PA 19067

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001



**USCIS Contact Center: www.uscis.gov/contactcenter**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Actio**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE I918A; I765 | | | NOTICE DATE 11/07/2020 |
|---|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER EAC2016150352; EAC2016150383 | | | | |
| ACCOUNT NUMBER | | | USCIS A# A216 732 184 | CODE 3 |
| | | TCR | SERVICE CENTER VSC | PAGE 1 of 2 |

HASUMATIBEN DIGANT PATEL
c/o LAW OFFICE OF SHEENA A BEDIAKO
302 FLORAL VALE BLVD
YARDLEY PA 19067



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS PHILADELPHIA | DATE AND TIME OF APPOINTMENT |
| 10300 Drummond Road Suite 100 | 12/03/2020 |
| Philadelphia PA 19154 | 08:00AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE: If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

## REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY: ___ ON DEC 0 3 2020
TENPRINTS QA REVIEW BY: ___ ON DEC 0 3 2020

APPLICATION NUMBER
I918A - EAC2016150352

APPLICATION NUMBER 2
I765 - EAC2016150383



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.
WARNING: Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2016150383 | | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date 03/13/2020 | Priority Date | Applicant PATEL, HASUMATIBEN DIGANT |
| Notice Date 04/03/2020 | Page 1 of 2 | Beneficiary PATEL, HASUMATIBEN DIGANT |

HASUMATIBEN DIGANT PATEL
c/o SHEENA ASARE BEDIAKO
LAW OFFICE OF SHEENA A BEDIAKO
302 FLORAL VALE BLVD
YARDLEY PA 19067

**Notice Type:** Receipt Notice
Amount received: $410.00 U.S.
Class requested: A20

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Automatic 180 day Employment Authorization Document (EAD) Extension - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-765 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic 180 day extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at www.uscis.gov/I-765.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>EAC1912250702 | | Case Type<br>I918 - APPLICATION FOR U NONIMMIGRANT STATUS | |
|---|---|---|---|
| Received Date<br>03/05/2019 | Priority Date | Applicant<br>PATEL, SARASWATI | |
| Notice Date<br>03/08/2019 | Page<br>1 of 2 | Beneficiary<br>PATEL, SARASWATI | |

SARASWATI PATEL
c/o SAKINA CARBIDE
ATTORNEY AT LAW
2315 W DEVON AVE FLR 2ND
CHICAGO IL 60659

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
* If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

* A passport or national photo ID issued by your country,
* A driver's license,
* A military photo ID, or
* A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001



**USCIS Contact Center: www.uscis.gov/contactcenter**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.            Form I-797C  06/07/18

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | APPLICATION/PETITION/REQUEST NUMBER EAC1912250702 | | NOTICE DATE 08/09/2019 |
|---|---|---|---|
| CASE TYPE 1918  - APPLICATION FOR U NONIMMIGRANT STATUS | SOCIAL SECURITY NUMBER | USCIS A# A201 876 057 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER VSC | PAGE 1 of 1 |

SARASWATI PATEL
c/o ATTORNEY AT LAW
2315 W DEVON AVE FLR 2ND
CHICAGO  IL  60659



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS CHICAGO-SOUTH | **DATE AND TIME OF APPOINTMENT** |
| 8004 B South Cicero Avenue | 08/26/2019 |
| Burbank IL  60459 | 10:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

NOTE:  USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE:  If the USCIS ASC is <u>closed</u> due to inclement weather or for other unforeseen circumstances, USCIS will <u>automatically reschedule</u> your appointment for the next available appointment date and mail you a notice with the new date and time.

REQUEST FOR RESCHEDULING

❑ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

577089  AUG 26 2019
TENPRINTS QA REVIEW BY:
577089  ON AUG 26 2019



APPLICATION NUMBER
1918 - EAC1912250702

If you have any questions regarding this notice, please call 1-800-375-5283.
WARNING:  *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2302050655 | | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date 10/17/2022 | Priority Date | Applicant A201 876 057 PATEL, SARASWATI |
| Notice Date 10/21/2022 | Page 1 of 2 | Beneficiary A201 876 057 PATEL, SARASWATI |

SARASWATI PATEL
c/o LAW OFFICES OF JASON SAGER
2915 W DEVON AVE
CHICAGO IL 60659

**Notice Type:** Receipt Notice
Fee Waived
Class requested: A19

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

### What the Official Notice Said

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"** listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2132250124 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
| **Received Date** | **Priority Date** | **Applicant** |
| 08/02/2021 | | KONDEPARTHI, SRI NAGA MANIKANTA |
| **Notice Date** | **Page** | **Beneficiary** |
| 08/23/2021 | 1 of 2 | KONDEPARTHI, SRI NAGA MANIKANTA |

SRI NAGA MANIKANTA KONDEPARTHI
c/o MARIA J BATRES
KUCK BAXTER IMMIGRATION LLC
PO BOX 501359
ATLANTA GA 31150

**Notice Type:** Receipt Notice
Fee Waived

---

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



**USCIS Contact Center:** www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice - APPLICANT COPY** | CASE TYPE I918 - APPLICATION FOR U NONIMMIGRANT STATUS | | NOTICE DATE 10/09/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER EAC2132250124 | | USCIS A# A220 608 513 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER VSC | PAGE 1 of 2 |



SRI NAGA MANIKANTA KONDEPARTHI
c/o KUCK BAXTER IMMIGRATION LLC
PO BOX 501359
ATLANTA GA 31150

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS BIRMINGHAM | 11/02/2021 |
| 829 Beacon Parkway Suite 106 | 12:00PM |
| Birmingham AL 35209 | |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must:** 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER
I918- EAC2132250124



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---



## THIS NOTICE DOES NOT GRANT ~~ANY~~ IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2132250132 | | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
|---|---|---|---|
| **Received Date** 08/02/2021 | **Priority Date** | **Applicant** KONDEPARTHI, SRI NAGA MANIKANTA | |
| **Notice Date** 08/23/2021 | **Page** 1 of 2 | **Beneficiary** KONDEPARTHI, SRI NAGA MANIKANTA | |

SRI NAGA MANIKANTA KONDEPARTHI
c/o KUCK BAXTER IMMIGRATION LLC
PO BOX 501359
ATLANTA GA  31150

**Notice Type:** Receipt Notice
Fee Waived
Class requested: A19

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

### What the Official Notice Said

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**Automatic 180 day Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-765 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic 180 day extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the 'Class Requested' listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at www.uscis.gov/I-765.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19